UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA CORSARO,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, a foreign corporation doing business in the State of Washington,<br><br>    Defendant. | NO. CV-06-0089-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is a Stipulation of Dismissal (Ct. Rec. 12). Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the Plaintiff's complaint and the claims therein are Dismissed With Prejudice, without costs or attorneys fees to any party.

    The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, forward copies to counsel, and close this file.

    **DATED** this 24th day of October 2006.

                                s/ Justin L. Quackenbush
                                JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1